**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Alfreda G. Porter, Respondent,

v.

Ernest J. Porter, Jr., Appellant.

Appellate Case No. 2013-000484

———————

Appeal From Sumter County
Dorothy Mobley Jones, Family Court Judge

———————

Unpublished Opinion No. 2014-UP-368
Submitted August 1, 2014 – Filed November 5, 2014

———————

**AFFIRMED**

———————

Charles Thomas Brooks, III, of Law Office of Charles T. Brooks, III, of Sumter, for Appellant.

Kenneth R. Young, Jr., of Sumter, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Sanderson v. Sanderson*, 391 S.C. 249, 255, 705 S.E.2d 65, 67-68 (Ct. App. 2010) (stating to be preserved for appellate review, an issue must have been (1) raised to and ruled upon by the trial court; (2) raised by the appellant; (3) raised in a timely manner; and (4) raised to the trial court with sufficient specificity

(citing *S.C. Dep't of Transp. v. First Carolina Corp. of S.C.*, 372 S.C. 295, 301-02, 641 S.E.2d 903, 907 (2007))); *Hickman v. Hickman*, 301 S.C. 455, 456, 392 S.E.2d 481, 482 (Ct. App. 1990) ("A party cannot use Rule 59(e) to present to the [family] court an issue the party could have raised prior to judgment but did not.").

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.